UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SEEDS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-00371-MPB-JMS |
| DAILY FEED & GRAIN, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT**

On January 12, 2018, the parties were **NOTIFIED** of the Court's intent to enter summary judgment in favor of Defendant as to Plaintiff's Counts I and III. Plaintiff had until January 26, 2018, to file any opposition to the Court taking this action. (Docket No. [89]). The time for response has passed without filing from Plaintiff. Therefore, for the reasons stated in the Court's Order on Cross Motions for Summary Judgment, the Court **ORDERS** summary judgment against Plaintiff and in favor of Defendant as to Plaintiff's Counts I and III.

**SO ORDERED.**

Date: January 29, 2018

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.